**Order filed September 30, 2019**



## In The

# Eleventh Court of Appeals

_____

## No. 11-19-00281-CR

_____

## IN RE PAUL TORRES

**Original Mandamus Proceeding**

## O R D E R

Relator, Paul Torres, has filed a "Notice of Appeal" from this court's September 12, 2019 denial of Relator's petition for writ of mandamus. Relator specifically complains that, by denying his petition without a written order, we left him "in the dark with this courts [sic] imparements [sic]." We construe Relator's filing as a motion for rehearing and deny the motion. In doing so, we note that, to the extent Relator is requesting relief from the Texas Court of Criminal Appeals, he must seek relief directly from that court.

September 30, 2019                                         PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]
(Willson, J., not participating)

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.